UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diamin Bethea,

           Plaintiff,

-against-

Winfield Security Corporation,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2023
```

23 Civ. 922 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's submissions dated February 21, 2023, ECF Nos. 8–9. Accordingly, Plaintiff shall serve Defendant with a copy of this order, the proposed order to show cause, ECF No. 8, and the affirmation of Kareem E. Abdo, ECF No. 9. By **February 24, 2023**, Plaintiff shall file proof of service on the docket. By **March 3, 2023**, Defendant shall file its response to Plaintiff's proposed order to show cause.

    SO ORDERED.

Dated: February 22, 2023
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge