UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diamin Bethea,

                Plaintiff,

-against-

Winfield Security Corporation,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2023__

23 Civ. 922 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order dated April 13, 2023, ECF No. 29. The Court shall not retain jurisdiction to enforce the order after the termination of litigation. *See id.* ¶¶ 19–20. Accordingly, by **April 21, 2023**, the parties shall file a revised proposed protective order.

    SO ORDERED.

Dated: April 14, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge