UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diamin Bethea,

                Plaintiff,

-against-

Winfield Security Corporation,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2023
```

23 Civ. 922 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 17 and 20, 2023. ECF Nos. 31, 34. Accordingly:

1. Defendant's request to file a motion for judgment on the pleadings is GRANTED;
2. By **May 26, 2023**, Defendant shall file its motion;
3. By **June 16, 2023**, Plaintiff shall file her opposition papers; and
4. By **June 30, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 21, 2023
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge