UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X   Civil Action No. 23-cv-922 (AT)
Diamin Bethea,
                *Plaintiff*,
    v.                                      **NOTICE OF MOTION**

Winfield Security Corporation,
                *Defendant*.
_____X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff DIAMIN BETHEA, dated December 28, 2023, and upon all prior pleadings and proceedings herein, Plaintiff, by her attorney Kareem E. Abdo, Esq., will move this Honorable Court before the Honorable Judge Analisa Torres, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by this Honorable Court, pursuant to Local Rule 6.3 for the Southern and Eastern Districts of New York, for an Order reinstating Claim one, Claim two and Claim three of the Plaintiff's COMPLAINT (Docket No. 1) upon lawful reconsideration due to previous error, together with such other and further relief as the Court deems just and proper.

Dated: December 28, 2023
New York, NY

                                                      /s/ *Kareem E. Abdo*
                                                      KAREEM E. ABDO, ESQ.
                                                      *Attorney for Plaintiff*
                                                      30 Wall Street
                                                      Floor 8
                                                      New York, NY 10005
                                                      Tel: (212) 439-4723
                                                      Fax: (212) 943-2300
                                                      E-mail: kareemabdolaw@gmail.com

TO: Counsel of record via ECF