# EXHIBIT A

S T A T E   O F   N E W   Y O R K
_____

                                    8

                         2015-2016 Regular Sessions

                               I N  S E N A T E

                               January 9, 2015
                               _____

   Introduced by Sens. HANNON, CARLUCCI, ROBACH -- read twice and ordered
     printed, and when printed to be committed to the Committee on Rules

   AN ACT to amend the executive law, in relation to reasonable accommo-
     dation

   THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM-
   BLY, DO ENACT AS FOLLOWS:

```
 1    Section 1. Subdivision 21-e of section 292 of the executive law, as
 2  added by chapter 269 of the laws of 1997, is amended and a new subdivi-
 3  sion 21-f is added to read as follows:
 4    21-e. The term "reasonable accommodation" means actions taken which
 5  permit an employee, prospective employee or member with a disability, OR
 6  A PREGNANCY-RELATED CONDITION, to perform in a reasonable manner the
 7  activities involved in the job or occupation sought or held and include,
 8  but are not limited to, provision of an accessible worksite, acquisition
 9  or modification of equipment, support services for persons with impaired
10  hearing or vision, job restructuring and modified work schedules;
11  provided, however, that such actions do not impose an undue hardship on
12  the business, program or enterprise of the entity from which action is
13  requested.
14    21-F. THE TERM "PREGNANCY-RELATED CONDITION" MEANS A MEDICAL CONDITION
15  RELATED TO PREGNANCY OR CHILDBIRTH THAT INHIBITS THE EXERCISE OF A
16  NORMAL BODILY FUNCTION OR IS DEMONSTRABLE BY MEDICALLY ACCEPTED CLINICAL
17  OR LABORATORY DIAGNOSTIC TECHNIQUES; PROVIDED, HOWEVER, THAT IN ALL
18  PROVISIONS OF THIS ARTICLE DEALING WITH EMPLOYMENT, THE TERM SHALL BE
19  LIMITED TO CONDITIONS WHICH, UPON THE PROVISION OF REASONABLE ACCOMMO-
20  DATIONS, DO NOT PREVENT THE COMPLAINANT FROM PERFORMING IN A REASONABLE
21  MANNER THE ACTIVITIES INVOLVED IN THE JOB OR OCCUPATION SOUGHT OR HELD;
22  AND PROVIDED FURTHER, HOWEVER, THAT PREGNANCY-RELATED CONDITIONS SHALL
23  BE TREATED AS TEMPORARY DISABILITIES FOR THE PURPOSES OF THIS ARTICLE.
```

    EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
                       [ ] is old law to be omitted.
                                                          LBD01025-01-5

```
   S. 8                               2

 1    S 2. Paragraph (a) of subdivision 3 of section 296  of  the  executive
 2  law,  as  added by chapter 269 of the laws of 1997, is amended and a new
 3  paragraph (c) is added to read as follows:
 4    (a)  It  shall be an unlawful discriminatory practice for an employer,
 5  licensing agency, employment agency or labor organization to  refuse  to
 6  provide reasonable accommodations to the known disabilities, OR PREGNAN-
 7  CY-RELATED CONDITIONS, of an employee, prospective employee or member in
 8  connection with a job or occupation sought or held or participation in a
 9  training program.
10    (C) THE EMPLOYEE MUST COOPERATE IN PROVIDING MEDICAL OR OTHER INFORMA-
11  TION  THAT  IS  NECESSARY  TO  VERIFY THE EXISTENCE OF THE DISABILITY OR
12  PREGNANCY-RELATED CONDITION, OR THAT IS NECESSARY FOR  CONSIDERATION  OF
13  THE  ACCOMMODATION. THE EMPLOYEE HAS A RIGHT TO HAVE SUCH MEDICAL INFOR-
14  MATION KEPT CONFIDENTIAL.
15    S 3. Severability clause. If any clause, sentence, paragraph, subdivi-
16  sion, section or part of this act shall be adjudged by a court of compe-
17  tent jurisdiction to be invalid, such judgment shall not affect,  impair
18  or invalidate the remainder thereof, but shall be confined in its opera-
19  tion  to  the  clause, sentence, paragraph, subdivision, section or part
20  thereof directly involved in the  controversy  in  which  such  judgment
21  shall  have been rendered. It is hereby declared to be the intent of the
22  legislature that this act would have been enacted even if  such  invalid
23  provisions had not been included herein.
24    S  4.  This  act shall take effect on the ninetieth day after it shall
25  have become a law.
```